IN the INTEREST OF: D.N.P., a Minor

Petition of: D.P, Mother

No. 263 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

John Roy BARLOW, Jr., Petitioner

No. 144 WAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

KEYSTONE CARE ADMINIS-TRATIVE SERVICES, INC., Respondent

v.

Bruce GROSSINGER, D.O., Petitioner

No. 106 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**